BEFORE THE FIRST DIVISION, DECEMBER 12, 1945

**No. 50760.**— Protest 93818–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 50248, the claim at 60 percent under paragraph 31 (b) (2) was sustained.

**No. 50761.**— Protests 78337–K, etc., of Pistorino & Co., Inc., et al. (Boston and Los Angeles).

Opinion by COLE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50762.**— Protest 118509–K of Pacific Trading Co., Inc. (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in *Nozaki Brothers* v. *United States* (1 Cust. Ct. 262, C. D. 61), the claim for free entry was sustained.

**No. 50763.**—Protest 748274–G of V. O. Milling Co. (Los Angeles).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of ground kelp the same in all material respects as that the subject of *Centennial Flouring Mills Co.* v. *United States* (29 C. C. P. A. 264, C. A. D. 200) and *United States* v. *Nippon Co.* (32 id. 164, C. A. D. 303).   In accordance therewith the claim for free entry under paragraph 1705 was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 12, 1945

**No. 50764.**—Protests 65037–K, etc., of Weil Bros. Textile, Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.   In accordance therewith the protests were sustained as claimed.